888

No. 12–129. BEARY LANDSCAPING, INC., ET AL. *v.* COSTIGAN, DIRECTOR, ILLINOIS DEPARTMENT OF LABOR. C. A. 7th Cir. Certiorari denied.

No. 12–131. CUMMINS *v.* HAWAII. Int. Ct. App. Haw. Certiorari denied.

No. 12–132. DUNN *v.* BROWN ET AL. C. A. 1st Cir. Certiorari denied.

No. 12–134. HAYES *v.* CITY OF CHICAGO, ILLINOIS. C. A. 7th Cir. Certiorari denied.

No. 12–137. AL GHAITH SULEIMAN *v.* OBAMA, PRESIDENT OF THE UNITED STATES, ET AL. C. A. D. C. Cir. Certiorari denied.

No. 12–141. BADER *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 12–149. MURRAY *v.* ANDERSON. C. A. 9th Cir. Certiorari denied.

No. 12–153. DRISCOLL ET UX. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 11th Cir. Certiorari denied.

No. 12–154. MUSSACK *v.* HAWAII BOARD OF EDUCATION. Int. Ct. App. Haw. Certiorari denied.

No. 12–155. RODRIGUES *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 12–170. WHITESELL INTERNATIONAL CORP. *v.* WHITAKER. Ct. App. Mich. Certiorari denied.

No. 12–174. DAVID E. WATSON, P. C. *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 12–181. ALSWAGER *v.* ROCKY MOUNTAIN INSTRUMENTAL LABORATORIES, INC., ET AL. C. A. 7th Cir. Certiorari denied.

No. 12–183. STANDRIDGE *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.